UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| WILLIAM CLOW, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br>v.<br><br>THE SYGMA NETWORK, INC.,<br><br>        Defendant. | Case No. 22-CV-1094 |

## ORDER

The instant case was Removed (#2) to this court from the Circuit Court of the Fifth Judicial Circuit, Vermilion County, Illinois, on March 25, 2022. The parties have now filed a Stipulation to Remand (#16), indicating that they have reached a settlement and that their preference is that the matter be remanded to the circuit court for further proceedings related to the settlement.

Pursuant to the Stipulation (#16), IT IS ORDERED THAT:

(1) This matter is remanded to the Circuit Court of the Fifth Judicial Circuit in Vermilion County, Illinois;

(2) Remand of this matter is without prejudice to Defendant's rights pursuant to 28 U.S.C. §§ 1441, 1446, and 1453;

(3) Each party is to bear their own fees and costs; and

(4) This matter is terminated.

ENTERED this 5th day of October , 2022.

s/Colin Stirling Bruce
COLIN S. BRUCE
U.S. DISTRICT JUDGE